EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br><br>Priscilla Y. Zapata Toro | 2018 TSPR 142<br><br>200 DPR ____ |

Número del Caso: TS-15,552

Fecha: 1ro de agosto de 2018

Abogado del peticionario:

    Por derecho propio

Materia: Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Priscilla Y. Zapata Toro          **Núm.** TS-15,552

RESOLUCIÓN

En San Juan, Puerto Rico, a 1 de agosto de 2018.

Examinada la *Moción sobre resolución en relación a cumplimiento con el Programa de Educación Jurídica Continua y solicitud de cambio de estatus de abogada inactiva a abogada activa* presentada por la Sra. Priscilla Y. Zapata Toro, se provee ha lugar.

Se ordena a la Secretaría registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo